**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HUGO G. GUTIERREZ, | ) Case No. CV 14-7592-DOC (JPR) |
| Plaintiff, | ) ORDER ACCEPTING FINDINGS AND ) RECOMMENDATIONS OF U.S. |
| v. | ) MAGISTRATE JUDGE |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

The Court has reviewed the Complaint, Joint Stipulation, Administrative Record, and all other records on file, as well as the Report and Recommendation of U.S. Magistrate Judge.  See 28 U.S.C. § 636.  No objections to the R&R have been filed.

The Court accepts the findings and recommendations of the Magistrate Judge.  IT IS ORDERED that the decision of the Commissioner is affirmed, Plaintiff's request for remand is denied, and Judgment be entered in the Commissioner's favor.

DATED: December 29, 2015

_David O. Carter_
DAVID O. CARTER
U.S. DISTRICT JUDGE

1